## NO. PD-0601-14

| IN THE | § | CLAYTON DEAN REEDER |
|---|---|---|
| | § | |
| COURT OF CRIMINAL APPEALS | § | V. |
| | § | |
| STATE OF TEXAS | § | THE STATE OF TEXAS |

## NO. PD-0622-14

| IN THE | § | MARCUS BRUCE HOLIDY |
|---|---|---|
| | § | |
| COURT OF CRIMINAL APPEALS | § | V. |
| | § | |
| STATE OF TEXAS | § | THE STATE OF TEXAS |

### APPELLANTS LIST OF SUPPLEMENTAL AUTHORITY

NOW COMES Appellants herein and file this ~~first~~ *list* of Supplemental Authority which might have an effect on their cases.

1.  *Smith v. State,* No. 13-11-00094-CR, opinion date November 13, 2014

2.  *Gore v. State,* No. 01-13-00608-CR, opinion date November 13, 2014

3.  *Leal v. State,* NO. 14-13-00208-CR, opinion date November 13, 2014

4.  *Flores v. State,* No. 04-13-00754-CR, opinion date December 17, 2014

5.  *Cole v. State,* No. 06-13-00179-CR, opinion date December 18, 2014

6.  *Lloyd v. State,* No. 05-13-01004-CR, opinion date December 22, 2014

7.  *Burks v. State,* No. 02-13-00560-CR, opinion date January 8, 2015

A copy of this pleading is provided to opposing counsel on January 14, 2015.

**FILED IN**
COURT OF CRIMINAL APPEALS

JAN 1 4 2015

Abel Acosta, Clerk

EBB B. MOBLEY
Attorney for Appellants